IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and Paul V. Scabilloni, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Western Pennsylvania Heavy & Highway Construction Advancement Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED BUILDERS, INC. & LOUIS D. RUSCITTO,<br><br>Defendants. | Civil Action No. 2:22-cv-00150-MRH |

## CONSENT JUDGMENT

AND NOW, this <u>8th</u> day of <u>April</u>, 2022, with the consent of the parties, judgment is hereby entered in favor of Plaintiff, Laborers' Combined Funds of Western Pennsylvania (the "Funds" or "Plaintiff") and against Defendant Advanced Builders, Inc. ("Advanced Builders") in the amount of $118,743.93.

Payments are to be made as follows:

| | | |
|---|---|---|
| April 10, 2022 | - | $39,581.31 |
| May 10, 2022 | - | $39,581.31 |
| June 10, 2022 - | - | $39,581.31 |

Advanced Builders shall also remain current with its monthly remittance reports and payments by the 30th of each month.

As long as all payment under this Judgment are made in a timely manner, including current reports and payments: (i)Plaintiff will waive of payment for late charges and attorneys' fees totaling $71,494.53, (ii) Plaintiff will take no action to execute upon this judgment and the judgment shall be satisfied; and (iii) Plaintiff shall settle and discontinue the above-captioned action.

Should payment not be made pursuant to this Judgment, Plaintiff reserves the right to pursue the claims set forth in its Complaint against both Defendants, including all unpaid principal, attorney fees, late charges and interest. Upon the final payment, the Plaintiff shall discontinue the action and mark this Judgment as Satisfied within ten (10) days.

_s/ Mark R. Hornak_
The Honorable Mark R. Hornak
United States Chief District Judge

CONSENTED TO BY:

_____
Jessica L. Crown, Esquire
Attorney for Plaintiff

_____
Name: _____
Title: _____

On behalf of Advanced Builders, Inc.
and Louis D. Ruscitto

_____
Robert D'Anniballe, Esquire
Attorney for the Defendants

Anthony Caliguire
Attorney for the Defendants